IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,        CV F 05 0805 OWW WMW P

  vs.                                FINDING AND RECOMMENDATION
RE MOTION FOR INJUNCTIVE
        RELIEF (DOC 13)

K. MENDOZA-POWERS, et al.,

        Defendants.

        Plaintiff has filed a motion for injunctive relief, requesting an order directing prison officials at the California Medical Facility at Vacaville to provide Plaintiff access to the law library, and his legal materials.  Plaintiff is currently housed in Administrative Segregation at CMF Vacaville.

        This action proceeds against defendant correctional officials at CSP Corcoran for conduct that occurred while Plaintiff was housed at CSP Corcoran.  The court must have personal jurisdiction over the parties to be enjoined; it may not enjoin defendants not yet served or before the court.  <u>Zepeda v. United States I.N.S.</u>, 753 F.2d 719, 727 (9th Cir. 1983). The Court does not have jurisdiction over any of the individuals against whom which Plaintiff seeks injunctive relief.

        Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for

injunctive relief be denied.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time waives all objections to the judge's findings of fact.  See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   August 2, 2007**            /s/  **William M. Wunderlich**
                                      UNITED STATES MAGISTRATE JUDGE