IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT TUNSTALL,

        Plaintiff,        1: 05 CV 0805 OWW WMW PC

  vs.                      ORDER DISMISSING ACTION

K. MENDOZA-POWERS, et al.,

        Defendants.

      Plaintiff has filed a request to voluntarily dismiss this action.  In response to an order dismissing the operative pleading in this action, Plaintiff requests leave to "withdraw from his petitioner on filing a second amended petition."  Plaintiff indicates that due to a pending medical procedure, he can not proceed at this time.  The court will grant Plaintiff's motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  This action will be dismissed without prejudice to Plaintiff's ability to re-file this action as a new civil action.

      Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion.

IT IS SO ORDERED.

**Dated:**   **October 30, 2008**                  **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE